CONWELL, PRESIDENT OF THE BANK OF CONNERSVILLE, *v.* HILL.

APPEAL from the *Fayette* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed, for the reasons given in a case between the same parties, at the present term, the questions arising in the record of each case being similar (1).

The judgment is reversed with costs. Cause remanded, &c.

*N.* and *G. Trusler* and *J. A. Fay,* for the appellant.

*J. S. Reid,* for the appellee.

(1) *Ante,* 131.